UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN LLOYD'S UNDERWRITERS
SUBSCRIBING TO POLICY NO. HST00324,
*as subrogor of* HIGH LINER FOODS, INC.,

                Plaintiff,

v.

CMA CGM ASIA SHIPPING PTE. LTD.,
*formerly known as* APL CO. PTE LTD.,

                Defendant.

**ORDER**

21 Civ. 7786 (ER)

---

RAMOS, D.J.

    On September 17, 2021, Certain Lloyd's Underwriters subscribing to Policy No. HST00324 (the "Underwriters") filed a complaint against CMA CGM Asia Shipping Pte. Ltd. ("CMA"). Doc. 1. On December 16, 2021, the Court granted the Underwriters' request for an extension of time to complete service on CMA to February 15, 2022. Docs. 5, 6.

    To date, the Underwriters have filed no proof of service on CMA. Accordingly, this action will be dismissed without prejudice unless the Underwriters, no later than April 19, 2022, either (1) file proof of service, or (2) show cause in writing why a further extension of the time limit for service is warranted. *See* Fed. R. Civ. P. 4(m).

    It is SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                                          Edgardo Ramos, U.S.D.J.